| | |
|---|---|
| 1 | ELIZABETH STAGGS WILSON, Bar No. 183160 |
| | estaggs-wilson@littler.com |
| 2 | HEATHER SHOOK, Bar No. 268716 |
| | hshook@littler.com |
| 3 | LITTLER MENDELSON, P.C. |
| | 633 West 5th Street |
| 4 | 63rd Floor |
| | Los Angeles, CA  90071 |
| 5 | Telephone:  213.443.4300 |
| | Facsimile:   213.443.4299 |

**JS-6**

Attorneys for Defendants
BANKERS LIFE & CASUALTY COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| CHRISTAIN ADOSKI, an individual, JACQUELINE ADOKSI, an individual, MICHAEL DORSAY, an individual, ARACELI GUARDADO, an individual, CHRISTINA MORGAN, an individual, and ROBERT MORGAN, an individual, | Case No. EDCV 13-01854 VAP(DTBx) |
| Plaintiff, | **[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |
| v. | [FED.R.CIV.PROC. 41(A)] |
| BANKERS LIFE & CASUALTY COMPANY, an insurance company domiciled in the State of Illinois, and DOES 1-50, inclusive, | |
| Defendants. | |

Firmwide:128948461.1 054835.1362

1
2
3
4
5
6
7
8
9
10

11

UNITED STATES DISTRICT COURT

12

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| 13  CHRISTAIN ADOSKI, an individual, JACQUELINE ADOKSI, an 14  individual, MICHAEL DORSAY, an individual, ARACELI GUARDADO, 15  an individual, CHRISTINA MORGAN, an individual, and 16  ROBERT MORGAN, an individual, 17            Plaintiff, 18  v. 19  BANKERS LIFE & CASUALTY 20  COMPANY, an insurance company domiciled in the State of Illinois, and 21  DOES 1-50, inclusive, 22            Defendants. | Case No.  13-CV-01854 VAP (DTBx)  **ORDER DISMISSING ACTION WITH PREJUDICE**  [FED.R.CIV.PROC. 41(A)] |

23
24
25
26
27
28

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
213.443.4300

Firmwide:128948461.1 054835.1362

2.

**GOOD CAUSE APPEARING THEREFOR:**

After reviewing the Parties' Stipulation Re Order Dismissing Action With Prejudice, IT IS **HEREBY ORDERED, ADJUDGE AND DECREED** THAT this action and each claim for relief and as to all Plaintiffs therein is hereby **DISMISSED WITH PREJUDICE**. Each party shall bears his, her and its own costs and attorneys' fees associated with the prosecution and defense of this matter.

**IT IS SO ORDERED.**

Dated:_December 18, 2014

_____
VIRIGINA A. PHILLIPS
U.S. DISTRICT COURT JUDGE

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
213.443.4300

Firmwide:128948461.1 054835.1362

3.